IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>vs.<br><br>BRENDA K. BANKS,<br><br>                             Defendant. | CASE NO. 8:22-CR-111<br><br><br>ENTRY OF APPEARANCE |

Jim K. McGough hereby enters an appearance as attorney for Defendant, Brenda K. Banks, in the above-captioned case.

Enter my appearance as (X) retained counsel ( ) Federal Public Defender ( ) CJA appointed counsel.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 20th day of May, 2022.

                                BRENDA K. BANKS, Defendant

BY:   /s/ Jim K. McGough
         Jim K. McGough, #20481
         McGoughLaw P.C., L.L.O.
         11920 Burt Street, Suite 100
         P.O. Box 540186
         Omaha, NE 68154
         (402) 614-8655
         jmcgough@mcgoughlaw.com

CERTIFICATE OF SERVICE

I certify that on May 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Mr. Christopher L. Ferretti
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102
christopher.ferretti@usdoj.gov

/s/Jim K. McGough
For the Firm