**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR111** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **BRENDA K. BANKS,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [30]. The undersigned Magistrate Judge held a telephone conference with the attorneys on July 7, 2023.  Based on what was discussed in the telephone conference, and what is contained in the motion, the undersigned finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [30] is granted, as follows:

1.  The jury trial now set for July 31, 2023, is continued to **September 5, 2023.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 5, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted.**

**DATED:  July 10, 2023.**

BY THE COURT:


s/ Susan M. Bazis
**United States Magistrate Judge**